## USERY & ASSOCIATES

LOGAN A. CARDUCCI, ESQ.
Admitted in CT, MA & SDNY

**MAILING ADDRESS:**
**P.O. BOX 2996**
HARTFORD, CT 06104-2996

Direct Dial: 860-277-3891
Email: LCARDUCC@TRAVELERS.COM

TELEPHONE: 917-778-7150
FACSIMILE: 844-571-3789

August 31, 2022

Honorable Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, New York 10007

**Re:    The Travelers Indemnity Company of America v. Allied World National Assurance**
       **Docket No. : 22 Civ. 4943 (PGG)**

Dear Judge Gardephe:

    This office represents plaintiff, the Travelers Indemnity Company of America ("Travelers"), in connection with the above-referenced action. Travelers submits this request, in accordance with Your Honor's Individual Rules of Practice, to adjourn the pretrial conference presently scheduled for September 8, 2022.

    The reason for this request is that the defendant, Allied World National Assurance ("Allied"), is in the process of being served through the New York Department of Financial Services and as such, has not yet appeared in this action. Travelers believes it will not be practicable to produce a joint letter and proposed case management plan, and to have a productive Initial Status Conference, before Allied has been served, obtained representation and its litigation counsel has reviewed the matter. In addition, undersigned counsel is scheduled to be out of the country from September 1, 2022 through September 12, 2022.

    Accordingly, Travelers is seeking an adjournment of the Pretrial Conference and associated filing deadline so that Allied may finalize representation and the parties' counsel discuss and submit the required joint filings in an orderly fashion.

    No prior request has been made to adjourn the initial conference.

    Thank you for Your Honor's attention and consideration

*Not a Partnership or Professional Corporation. All attorneys are Employees of The Travelers Indemnity Company And its Property Casualty Affiliates.*

| CONNECTICUT OFFICE: ONE TOWER SQUARE MS04A-0000 HARTFORD, CT 06183 | NEW YORK OFFICE: 485 LEXINGTON AVENUE 6TH FLOOR NEW YORK, NY 10017 | PENNSYLVANIA OFFICE: 10 SENTRY PARKWAY SUITE 300 BLUE BELL, PA 19422 | CALIFORNIA OFFICE: 655 N CENTRAL AVENUE SUITE 1100 GLENDALE, CA 91203 |
|---|---|---|---|

                                                Very truly yours,

                                                /s/Logan A. Carducci

LAC/jc                                      Logan A. Carducci

**Memo Endorsement:** The conference currently scheduled for September 8, 2022 will instead take place on **October 13, 2022 at 11:15 a.m.**

Dated: September 1, 2022

SO ORDERED.

*[signature: Paul G. Gardephe]*

Paul G. Gardephe
United States District Judge

*Not a Partnership or Professional Corporation. All attorneys are Employees of The Travelers Indemnity Company And its Property Casualty Affiliates.*

| CONNECTICUT OFFICE: ONE TOWER SQUARE MS04A-0000 HARTFORD, CT 06183 | NEW YORK OFFICE: 485 LEXINGTON AVENUE 6TH FLOOR NEW YORK, NY 10017 | PENNSYLVANIA OFFICE: 10 SENTRY PARKWAY SUITE 300 BLUE BELL, PA 19422 | CALIFORNIA OFFICE: 655 N CENTRAL AVENUE SUITE 1100 GLENDALE, CA 91203 |
|---|---|---|---|