## *USERY & ASSOCIATES*

LOGAN A. CARDUCCI, ESQ.  
Admitted in CT, MA & SDNY

**MAILING ADDRESS:**  
**P.O. BOX 2996**  
HARTFORD, CT 06104-2996

Direct Dial:  860-277-3891  
Email: LCARDUCC@TRAVELERS.COM

TELEPHONE: 917-778-7150  
FACSIMILE: 844-571-3789

October 6, 2022

Honorable Paul G. Gardephe  
United States District Court  
Southern District of New York  
40 Foley Square, Room 2204  
New York, New York 10007

**Re:**   **The Travelers Indemnity Company of America v. Allied World National Assurance**  
**Docket No.: 22 Civ. 4943 (PGG)**

Dear Judge Gardephe:

This office represents plaintiff, the Travelers Indemnity Company of America ("Travelers"), in connection with the above-referenced action. Travelers submits this request, in accordance with Your Honor's Individual Rules of Practice, to adjourn the pretrial conference presently scheduled for October 13, 2022.

The reason for this request is that the parties in the underlying action are discussing global resolution and are finalizing the details of settlement. Once these final details are resolved, Travelers anticipates dismissing this action, which the parties hope will obviate the need for further involvement by the Court.  There are no other deadlines in this matter that will be impacted by the requested adjournment.

Accordingly, Travelers is seeking an adjournment of the Pretrial Conference and associated filing deadline. This is the second request made to adjourn the initial conference.

Thank you for Your Honor's attention and consideration.

*Not a Partnership or Professional Corporation. All attorneys are Employees of The Travelers Indemnity Company And its Property Casualty Affiliates.*

| **CONNECTICUT OFFICE:** **ONE TOWER SQUARE** **MS04A-0000** **HARTFORD, CT 06183** | **NEW YORK OFFICE:** **485 LEXINGTON AVENUE** **6TH FLOOR** **NEW YORK, NY 10017** | **PENNSYLVANIA OFFICE:** **10 SENTRY PARKWAY** **SUITE 300** **BLUE BELL, PA 19422** | **CALIFORNIA OFFICE:** **655 N CENTRAL AVENUE** **SUITE 1100** **GLENDALE, CA 91203** |
|---|---|---|---|

Very truly yours,

/s/Logan A. Carducci

Logan A. Carducci

LAC/jc

**MEMO ENDORSED:**
The conference currently scheduled for Thursday, October 13, 2022, is adjourned to Thursday, November 10, 2022 at 11 a.m.

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge

Dated:  October 11, 2022

*Not a Partnership or Professional Corporation. All attorneys are Employees of The Travelers Indemnity Company And its Property Casualty Affiliates.*

| CONNECTICUT OFFICE: ONE TOWER SQUARE MS04A-0000 HARTFORD, CT 06183 | NEW YORK OFFICE: 485 LEXINGTON AVENUE 6TH FLOOR NEW YORK, NY 10017 | PENNSYLVANIA OFFICE: 10 SENTRY PARKWAY SUITE 300 BLUE BELL, PA 19422 | CALIFORNIA OFFICE: 655 N CENTRAL AVENUE SUITE 1100 GLENDALE, CA 91203 |
|---|---|---|---|