# USERY & ASSOCIATES

LOGAN A. CARDUCCI, ESQ.  
Admitted in CT, MA & SDNY

**MAILING ADDRESS:**  
P.O. BOX 2996  
HARTFORD, CT 06104-2996

Direct Dial: 860-277-3891  
Email: LCARDUCC@TRAVELERS.COM

TELEPHONE: 917-778-7150  
FACSIMILE: 844-571-3789

November 7, 2022

Honorable Paul G. Gardephe  
United States District Court  
Southern District of New York  
40 Foley Square, Room 2204  
New York, New York 10007

Re: The Travelers Indemnity Company of America v. Allied World National Assurance  
Docket No.: 22 Civ. 4943 (PGG)

Dear Judge Gardephe:

This office represents plaintiff, the Travelers Indemnity Company of America ("Travelers"), in connection with the above-referenced action. Travelers submits this request, in accordance with Your Honor's Individual Rules of Practice, to adjourn the pretrial conference presently scheduled for November 10, 2022.

The reason for this request is that the parties in the underlying action are discussing global resolution and are finalizing the details of settlement. Once these final details are resolved, Travelers anticipates dismissing this action, which the parties hope will obviate the need for further involvement by the Court. There are no other deadlines in this matter that will be impacted by the requested adjournment.

Accordingly, Travelers is seeking a sixty-day (60) adjournment of the Pretrial Conference and associated filing deadline. Travelers represents it will proceed with this action if settlement discussions are not fruitful by the requested deadline. This is the third request made to adjourn the initial conference.

Thank you for Your Honor's attention and consideration.

MEMO ENDORSED  
The Application is granted. The conference is adjourned to Jan. 12, 2023 at 11:30 a.m.
SO ORDERED:  
_[signature]_  
Paul G. Gardephe, U.S.D.J.  
Dated: Nov 9 2022

---

*Not a Partnership or Professional Corporation. All attorneys are Employees of The Travelers Indemnity Company And its Property Casualty Affiliates.*

| CONNECTICUT OFFICE: | NEW YORK OFFICE: | PENNSYLVANIA OFFICE: | CALIFORNIA OFFICE: |
|---|---|---|---|
| ONE TOWER SQUARE MS04A-0000 HARTFORD, CT 06183 | 485 LEXINGTON AVENUE 6TH FLOOR NEW YORK, NY 10017 | 10 SENTRY PARKWAY SUITE 300 BLUE BELL, PA 19422 | 655 N CENTRAL AVENUE SUITE 1100 GLENDALE, CA 91203 |

                                        Very truly yours,

                                        /s/Logan A. Carducci

LAC/jc                                     Logan A. Carducci

*Not a Partnership or Professional Corporation. All attorneys are Employees of The Travelers Indemnity Company And its Property Casualty Affiliates.*

| CONNECTICUT OFFICE:<br>ONE TOWER SQUARE<br>MS04A-0000<br>HARTFORD, CT 06183 | NEW YORK OFFICE:<br>485 LEXINGTON AVENUE<br>6TH FLOOR<br>NEW YORK, NY 10017 | PENNSYLVANIA OFFICE:<br>10 SENTRY PARKWAY<br>SUITE 300<br>BLUE BELL, PA 19422 | CALIFORNIA OFFICE:<br>655 N CENTRAL AVENUE<br>SUITE 1100<br>GLENDALE, CA 91203 |
|---|---|---|---|